**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 21-cr-10035-GAO |
| v. ) | |
| ) | |
| (1) FAITH NEWTON ) | |
| (2) WINNIE WARURU ) | |

**JOINT INTERIM STATUS REPORT**

Pursuant to Local Rule 116.5(b), the parties hereby file the following interim status report prepared in connection with the interim status conference scheduled for July 8, 2021:

(1)  Automatic Discovery/Pending Discovery Requests

Except as outlined below, the government has provided automatic discovery to the defendants. No discovery requests have been made.

(2)  Additional Discovery

As discussed at the last status conference, the government is in the process of having approximately 75 boxes of personnel files scanned. The government anticipates producing the scanned personnel files in the next two to three weeks when it receives the materials from the vendor.

The government has consulted with Mr. Bailey concerning additional materials related to ongoing aspects of the investigation. The government is producing these materials at this time to Ms. Newton only.

(3)  Timing of Additional Discovery Requests

The defendants are reviewing discovery and do not yet know whether discovery requests will be made.

(4)  Protective Orders

The Court entered a protective order in this case on March 1, 2021 [Docket No. 26].

(5)  Pretrial Motions

It is premature to decide whether the defendants will file any pretrial motions under Fed. R. Crim. P. 12(b).

(6)  Expert Discovery

The government agrees to provide any expert witness disclosures 45 days prior to trial. The defendants agrees to provide any expert witness disclosures 30 days prior to trial.

(7)  Defenses of Insanity, Public Authority, or Alibi

This case does not involve the defenses of insanity, public authority or alibi.

(8)  Speedy Trial Act

All of the time has been excluded between the defendants' arraignments on February 4, 2021 through the date of the interim status conference scheduled for July 8, 2021. [Docket Nos. 18, 40, 52]

(9)  Status of Plea Discussions and Estimated Length of Trial

The parties have not engaged in any substantive plea discussions. The government anticipates a trial in this case will last approximately fourteen days.

(10) Interim Status Conference

The parties respectfully request that the Court waive the interim status conference scheduled for July 8, 2021 and that the Court schedule a further interim status conference 45 days from then, or as soon thereafter as is convenient for the Court. The parties respectfully request that the time between the status conferences be excluded from all Speedy Trial calculations.

Respectfully submitted,

NATHANIEL R. MANDELL
Acting United States Attorney

Date: July 6, 2021   By:   /s/ *Rachel Y. Hemani*
Rachel Y. Hemani
Assistant U.S. Attorney

By:   /s/ *R. Bradford Bailey*
Counsel for Faith Newton

By:   /s/ *Raymond Sayeg*
Counsel for Faith Newton

By:   /s/ *S. James Boumil*
Counsel for Winnie Waruru